| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>EPIFANIO PADILLA-GARCIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cr-00420 LJO |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE AND |
| | ) | ORDER THEREON |
| EPIFANIO PADILLA-GARCIA, | ) | |
| | ) | Date: January 28, 2011 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Lawrence J. O'Neill |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SUSAN PHAN, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Epifanio Padilla-Garcia, that the date for status conference may be continued to January 28, 2011, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is December 10, 2010. The requested new date is January 28, 2011 at 9:00 a.m.**

Mr. Padilla-Garcia faces a single count of being a Deported Alien Found in the United States. His case was being considered for a fast-track disposition; however, it appears Padilla-Garcia was serving a term of supervised release in the District of Utah (case No. 02:07-cr-0255 DB) at the time of his pending offense. Jurisdiction over the Utah matter was just transferred to the Eastern District of California during the past week and the parties are requesting a continuance to allow time for a possible global resolution of both matters.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                        BENJAMIN B. WAGNER
                                      United States Attorney

DATED: December 8, 2010           By /s/ Susan Phan
                                        SUSAN PHAN
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: December 8, 2010           By /s/ Eric V. Kersten
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Epifanio Padilla-Garcia


## **O R D E R**

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). Good cause exists for the requested continuance.

                                        IT IS SO ORDERED.

**Dated:**   **December 8, 2010**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE