DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EPIFANIO PADILLA-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00420 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | |
| EPIFANIO PADILLA-GARCIA, | Date:  February 18, 2011 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, IAN GARRIQUES, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Epifanio Padilla-Garcia, that the date for status conference may be continued to February 18, 2011, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is January 28, 2011.  The requested new date is February 18, 2011 at 9:00 a.m.**

Mr. Padilla-Garcia is charged with being a Deported Alien Found in the United States.  He was also serving a term of supervised release in the District of Utah (No. 02:07-cr-0255 DB) at the time of the pending offense and jurisdiction over the Utah matter has been transferred to the Eastern District of California (No. 1:10-cr-00480 LJO).  A pre-plea Presentence Investigation Report (PSR) has been completed and a fast-track plea offer which would resolve both matters has been proffered.  However,

there are legal disputes regarding both the offense level calculation and the criminal history calculation contained in the PSR. The parties are requesting additional time to attempt to resolve these legal disputes and engage in further negotiations. If the matter is not resolved by February 18, 2011, it is anticipated that a trial date will be requested at that time.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: January 26, 2011     By /s/ Ian Garriques
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: January 26, 2011     By /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Epifanio Padilla-Garcia

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   January 26, 2011**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE