BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:10-CR-420 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND EPIFANIO PADILLA-GARCIA |
| v. | ) | |
| EPIFANIO PADILLA-GARCIA, | ) | |
| Defendant. | ) | |

WHEREAS, certain audiovisual discovery to be disclosed by the government to the defense in this case contains non-party biographical information, such as, dates of birth, telephone numbers and residential addresses, as well as other forms of personal identification ("Protected Information"), which the government is unable to redact at this time due to technical audiovisual issues; and

WHEREAS, the parties desire to avoid a delay in the disclosure of this discovery and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is

appropriate.

THEREFORE, defendant Epifanio Padilla-Garcia, by and through his counsel of record Eric Kersten and the Office of the Federal Defender ("Defense Counsel"), and plaintiff United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1.   This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.   This Order pertains to all audiovisual discovery provided to or made available to Defense Counsel after today's date by the United States in this case (hereafter, collectively known as "the audiovisual discovery").

3.   By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any audiovisual discovery that contains Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff.  Defense Counsel may permit the defendant to view unredacted audiovisual discovery in the presence of her attorney, defense investigators and support staff.  The parties agree that Defense Counsel, defense investigators and support staff shall not allow the defendant to copy or record Protected Information contained in the audiovisual discovery.

4.   The audiovisual discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States Government.  At the conclusion of the case, Defense Counsel will return the audiovisual discovery to the Government or will certify that it has been destroyed.

5.   Defense Counsel will store the audiovisual discovery in a secure place and will use reasonable care to ensure that it is not

disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold the audiovisual discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: February 10, 2011          BENJAMIN B. WAGNER
                                  United States Attorney

                            By: /s/ Ian L. Garriques
                                IAN L. GARRIQUES
                                Assistant U.S. Attorney


Dated: February 10, 2011          /s/ Eric Kersten
                                  ERIC KERSTEN
                                  Attorney for Defendant


   IT IS SO FOUND.

IT IS SO ORDERED.

**Dated:   February 10, 2011**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

3